IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02786-WYD-MJW

HILDA L. SOLIS, SECRETARY OF LABOR;
UNITED STATES DEPARTMENT OF LABOR,

Plaintiff(s),

v.

BRIGHTON MEDICAL CLINIC;
LUITHUK ZIMIK, M.D., P.C., d/b/a BRIGHTON MEDICAL CLINIC; and
LUITHUK ZIMIK, individually,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Amend Caption (Docket NO. 19) is granted.  The caption in this case is hereby amended to name the defendants as follows: "Brighton Medical Clinic; Luithuk Zimik, M.D., P.C., d/b/a Brighton Medical Clinic; and Luithuk Zimik, individually."

Date: October 1, 2012