UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02786-WYD-MJW

HILDA L. SOLIS, Secretary of Labor; and,
UNITED STATES DEPARTMENT OF LABOR,

      Plaintiffs,

v.

BRIGHTON MEDICAL CLINIC;
LUITHUK ZIMIK, P.C.; and,
LUITHUK ZIMIK, individually,

      Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on the plaintiffs' Unopposed Motion To Set Trial Date [ECF No. 30].  After careful consideration, it is

      ORDERED that the plaintiffs' motion [ECF No. 30] is **GRANTED**.  It is

      FURTHER ORDERED that a five-day jury trial shall commence on **Monday**, **October 21**, **2013**, **at 8:30 a.m. in Courtroom A-1002**.  It is

      FURTHER ORDERED that a Trial Preparation Conference is set for **Thursday**, **October 3**, **2013**, **at 10:00 a.m. in Courtroom A-1002**.

      The parties are reminded to review and comply will all directives set forth in my PRACTICE STANDARDS with respect to trial preparation.

      Dated:  May 17, 2013.