IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02786-WYD-MJW

THOMAS E. PEREZ, Secretary of Labor, and,
UNITED STATES DEPARTMENT OF LABOR,

      Plaintiffs,

v.

BRIGHTON MEDICAL CLINIC;
LUITHUK ZIMIK, P.C.; and,
LUITHUK ZIMIK, individualy,

      Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the plaintiffs' Motion To Dismiss With Prejudice [ECF No. 53], filed on December 12, 2013.  After carefully reviewing the above-captioned case, it is

ORDERED that the plaintiffs' motion [ECF No. 53] is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the FEDERAL RULES of CIVIL PROCEDURE.

DATED:  December 17, 2013.

                                      BY THE COURT:

                                      <u>/s/ Wiley Y. Daniel</u>
                                      Wiley Y. Daniel
                                      Senior U.S. District Judge